IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>**Use of a Cell Site Simulator to locate the cellular device assigned to call number 406-370-9001** | MJ 20-49-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been returned unexecuted to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 8th day of December, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1